UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWER THE FUTURE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF ENERGY,

Defendant.

Civil Action No. 26-3194 (TNM)

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brett S. Covington as attorney for Defendant in this action.

Dated: October 7, 2026

Respectfully submitted,

By: *_/s/ Brett S. Covington*
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Attorney for Defendant*