**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| POWER THE FUTURE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY,<br><br>Defendant. | Civil Action No. 26-3194 (TNM) |

# ANSWER

Defendant U.S. Department of Energy ("Defendant" or the "Department"), by and through undersigned counsel, hereby respectfully submits this Answer to the Complaint, ECF No. 1, filed by Plaintiff Power the Future ("Plaintiff") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

To the extent the Complaint refers to, characterizes, or quotes from documents, statutes, regulations, correspondence, or other materials, Defendant respectfully refers the Court to those materials for a complete and accurate statement of their contents and denies any allegations inconsistent therewith. Defendant's references to such materials are not intended to be, and should not be construed as, admissions that Plaintiff has accurately characterized those materials, that the materials are relevant to this action, or that the materials are admissible.

Defendant denies all allegations in the Complaint, including Plaintiff's requested relief, except to the extent specifically admitted below. Defendant respectfully reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

Defendant responds to the separately numbered paragraphs and prayer for relief in the Complaint as follows:

## RESPONSE TO NUMBERED PARAGRAPHS

1. This paragraph characterizes this action and the relief requested, to which no response is required. To the extent a response is deemed required, Defendant admits that Plaintiff purports to bring this action under FOIA, but denies the remaining allegations of this paragraph, including any implication that Defendant has violated FOIA. To the extent that this paragraph asserts requests for relief, no response is required. To the extent that a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested.

2. As to the first sentence of this paragraph, Defendant admits that it received FOIA Requests from Plaintiff dated July 20, 2026 (FOIA Request No. CH-2026-02124-F), August 7, 2026 (FOIA Request No. CH-2026-02246-F), and August 12, 2026 (FOIA Request No. CH-2026-02296-F) (collectively, the "FOIA Requests"). As to the second sentence of this paragraph, Defendant admits that, as of the filing of the Complaint, the Department has not made a final determination on Plaintiff's FOIA Requests and has not provided any records to Plaintiff in response to the FOIA Requests.

3. This paragraph asserts conclusions of law and requests for relief to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph, including any implication that Defendant has violated FOIA, and denies that Plaintiff is entitled to the requested relief.

## PARTIES[1]

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

5. Defendant admits Paragraph 5 insofar as that the Department is an agency of the United States Government. The remaining allegations of this paragraph consist of conclusions of law to which no response is required.

## JURISDICTION AND VENUE

6. This paragraph asserts conclusions of law concerning jurisdiction, to which no response is required. To the extent a response is deemed required, Defendant admits that this Court has jurisdiction over claims involving proper FOIA Requests, subject to the terms and limitations of FOIA.

7. The allegations in this paragraph assert conclusions of law concerning venue, to which no response is required. To the extent a response is deemed required, Defendant admits that venue over properly asserted FOIA claims lies in this district.

8. This paragraph consists of conclusions of law to which no response is required.

## PLAINTIFF'S FOIA REQUESTS

9. Defendant admits that Plaintiff submitted a FOIA Request to Defendant that is dated July 20, 2026, and that was assigned as FOIA Request No. CH-2026-02124-F. Defendant refers the Court to that request for a complete and accurate statement of its contents. Defendant

---

[1] For ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings could be construed to contain factual allegations, those allegations are denied.

denies any allegations of this paragraph of the Complaint that are inconsistent with the content of that request.

10. Defendant admits that FOIA.gov assigned confirmation number 3039591 to the July 20, 2026 FOIA Request. Defendant admits that, as of the filing of the Complaint, the Department has not provided a further response to that request.

11. Defendant admits that Plaintiff submitted a FOIA Request to Defendant that is dated August 7, 2026, and that was assigned FOIA Request No. CH-2026-02246-F. Defendant refers the Court to that request for a complete and accurate statement of its contents. Defendant denies any allegations of this paragraph of the Complaint that are inconsistent with the content of that request.

12. Defendant admits that FOIA.gov assigned confirmation number 3085316 to the August 7, 2026 FOIA Request. Defendant admits that, as of the filing of the Complaint, the Department has not provided a further response to that request.

13. Defendant admits that Plaintiff submitted a FOIA Request to Defendant that is dated August 12, 2026, and that was assigned FOIA Request No. CH-2026-02296-F. Defendant refers the Court to that request for a complete and accurate statement of its contents. Defendant denies any allegations of this paragraph of the Complaint that are inconsistent with the content of that request.

14. Defendant admits that FOIA.gov assigned confirmation number 3096831 to the August 12, 2026 FOIA Request. Defendant admits that, as of the filing of the Complaint, the Department has not provided a further response to the request.

15. Defendant admits that, as of the filing of the Complaint, a final determination has not been issued by the Department in response to Plaintiff's FOIA Requests, and that the Department has not provided any records to Plaintiff in response to the FOIA Requests.

16. This paragraph consists of Plaintiff's characterization of its FOIA Requests. Defendant refers the Court to the FOIA Requests for a complete and accurate statement of their contents. Defendant denies any allegations of this paragraph of the Complaint that are inconsistent with the content of the FOIA Requests.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

18. This paragraph asserts conclusions of law to which no response is required.

19. This paragraph asserts conclusions of law to which no response is required.

20. The allegations in the first sentence of this paragraph assert conclusions of law to which no response is required. In response to the allegations in the second sentence, Defendant admits that it did not invoke section 552(a)(6)(B)(i).

21. In response to the allegations in the first two sentences of this paragraph, Defendant admits that, as of the filing of the Complaint, it has not issued a final determination on the request. The allegation in the remaining sentence of this paragraph consists of a conclusion of law to which no response is required. To the extent a response is deemed required, Defendant denies any implication that Defendant has violated FOIA.

22. This paragraph asserts conclusions of law and requests for relief to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph, including any implication that Defendant has violated FOIA, and denies that Plaintiff is entitled to the requested relief.

## COUNT I

23. Defendant incorporates its responses to each of the foregoing paragraphs as if fully set forth herein.

24. The first sentence of this paragraph asserts a conclusion of law to which no response is required. In response to the allegations in the second sentence of this paragraph, Defendant admits only that the FOIA Requests were submitted through FOIA.gov.

25. This paragraph asserts conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

26. This paragraph asserts conclusions of law to which no response is required.

27. This paragraph asserts conclusions of law and requests for relief to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph and denies that Plaintiff is entitled to the requested relief.

28. This paragraph asserts conclusions of law and requests for relief to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph, including any implication that Defendant has violated FOIA, and denies that Plaintiff is entitled to the requested relief.

## PRAYER FOR RELIEF

The remainder of the Complaint sets forth Plaintiff's requested relief to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the requested relief.

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant asserts a general denial as to those allegations contained in the Complaint that are not specifically admitted herein.

## DEFENSES

### FIRST DEFENSE

The Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by FOIA.

### SECOND DEFENSE

Plaintiff's claims should be dismissed, including for failure to exhaust administrative remedies, to the extent the FOIA Requests at issue fail to reasonably describe the records sought, would be unduly burdensome to process, or seek to impose obligations not required by FOIA.

### THIRD DEFENSE

Plaintiff is not entitled to compel the production of records that are exempt from disclosure under the FOIA, 5 U.S.C. § 552, the Privacy Act, 5 U.S.C. § 552a, or other applicable law.

### FOURTH DEFENSE

Plaintiff is neither eligible for nor entitled to attorneys' fees and costs in this action.

### FIFTH DEFENSE

Defendant has exercised due diligence in processing Plaintiff's FOIA requests, and exceptional circumstances exist that necessitate additional time for the Department to complete its processing of the FOIA requests. *See* 5 U.S.C. § 552(a)(6)(C).

Dated: November 13, 2026

Respectfully submitted,

By: _/s/ Brett S. Covington_

BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Attorney for Defendant*